# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| TOM FLEWELLING, | ) |
| Plaintiff, | ) |
| v. | ) CAUSE NO: 3:20-cv-00064-JD-MGG |
| AM GENERAL, LLC, | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Tom Flewelling and Defendant AM General, LLC, through their respective counsel, hereby stipulate to the entry of an Order granting Plaintiff a voluntary dismissal of his claims against Defendant with prejudice and without the assessments of costs or attorneys' fees against either party.

Date:   February 11, 2021

*w/consent of Keenan Wilson*
Keenan Wilson
John H. Haskin
JOHN H. HASKIN & ASSOCIATES
255 N. Alabama St.
Indianapolis, IN 46204
kwilson@jhaskinlaw.com
(317) 955-9500

Attorneys for Plaintiff

*/s/ Michael P. Palmer*
Michael P. Palmer
BARNES & THORNBURG LLP
201 S. Main St., Suite 400
South Bend, IN  46601-2130
Michael.Palmer@btlaw.com
(574) 237-1135

Attorney for Defendant

DMS 18923927.1